IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHELLE MARTINEZ,

    Plaintiff,

vs.     No. CIV-11-785  ACT/WDS

GINO R. ROMERO, in his individual
and Official capacities, NORTH CENTRAL
SOLID WASTE AUTHORITY, in its official
capacity, THE CITY OF ESPANOLA, in its
official capacity, and THE BOARD OF COUNTY
COMMISSIONERS FOR THE RIO ARRIBA
COUNTY, in its official capacity,

    Defendants.

**ORDER**

This matter comes before the Court on Defendants City of Espanola ("Espanola") and The Board of County Commissioners for Rio Arriba County's ("Rio Arriba") Motion to Stay Discovery and to Place Case on Administrative Track [Doc.39]. Based on the Court's Memorandum Opinion and Order entered today, December 29, 2011, which granted Defendants Espanola and Rio Arriba's Motion to Dismiss [Doc. 48], their Motion to Stay Discovery [Doc. 39] is DENIED as moot.

    IT IS SO ORDERED.

_____
Alan C. Torgerson
United States Magistrate Judge, presiding